UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **John Hull**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. **4:22-cv-00768-UNA** |
| ) | |
| **Martin Transportation Systems, Inc. et al**, ) | |
| ) | |
| ) | |
| Defendants. ) | |

### ORDER

The above styled and numbered case was opened on 7/20/2022 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly, **IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and assigned to the Honorable Nannette A. Baker, United States Magistrate Judge, under case number 2:22-cv-00043-NAB.

**IT IS FURTHER ORDERED** that case number 4:22-cv-00768-UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: July 22, 2022                                     By:  /s/ Michele Crayton
                                                            Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:22-cv-00043 NAB..**